UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-10-1FL(3)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMIOLEME OTAIGBE | **INDICTMENT** |

The Grand Jury charges that:

On or about August 26, 2016, in the Eastern District of North Carolina, the defendant, AMIOLEME OTAIGBE, an alien, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote in a Federal election, in violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

1-6-2021
DATE

ROBERT J. HIGDON, JR.
United States Attorney

_sebastian Kielmanovich_
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney